CLOSED

06-451 C

**U.S. District Court**
**District of Maryland (Baltimore)**
**CIVIL DOCKET FOR CASE #: 1:05-cv-03476-JFM**

Meredith v. Department of Veteran's Affairs et al
Assigned to: Judge J. Frederick Motz
Cause: 29:201 Fair Labor Standards Act

Date Filed: 12/30/2005
Jury Demand: Plaintiff
Nature of Suit: 710 Labor: Fair Standards
Jurisdiction: U.S. Government Defendant

FILED
JUN - 8 2006
U.S. COURT OF FEDERAL CLAIMS

**Plaintiff**

**John Meredith** represented by **Donna M B King**
Silverman Thompson and White LLC
201 N Charles St Ste 2600
Baltimore, MD 21201
14103852225
Fax: 14105472432
Email: dking@mdattorney.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Department of Veteran's Affairs** represented by **Neil R White**
Office of the United States Attorney
36 S Charles St Fourth Fl
Baltimore, MD 21201
14102094800
Fax: 14109629947
Email: neil.white@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**R. James Nicholson**
*Secretary, Department of Veterans's Affairs* represented by **Neil R White**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/30/2005 | 1 | COMPLAINT against Department of Veteran's Affairs, R. James Nicholson ( Filing fee $ 250 receipt number 14637006342.), filed by |

| | | |
|---|---|---|
| | | John Meredith. (Attachments: # 1 Civil Cover Sheet)(ljs, Deputy Clerk). (Entered: 01/03/2006) |
| 12/30/2005 | | Jury Trial Demand by John Meredith. (ljs, Deputy Clerk) (Entered: 01/03/2006) |
| 12/30/2005 | 2 | Local Rule 103.3 Disclosure of Corporate Interest filed by Plaintiff John Meredith. (ljs, Deputy Clerk) (Entered: 01/03/2006) |
| 01/03/2006 | 3 | Summons Issued 60 days as to Department of Veteran's Affairs, R. James Nicholson, U.S. Attorney and U.S. Attorney General (ljs, Deputy Clerk) (Entered: 01/03/2006) |
| 03/22/2006 | 4 | NOTICE of Appearance by Neil R White on behalf of Department of Veteran's Affairs, R. James Nicholson (White, Neil) (Entered: 03/22/2006) |
| 03/24/2006 | 5 | Consent MOTION to Transfer Case *and Dismiss* by John Meredith. Responses due by 4/10/2006 (Attachments: # 1 Text of Proposed Order) (King, Donna) (Entered: 03/24/2006) |
| 03/27/2006 | 6 | PAPERLESS ORDER GRANTING 5 Consent Motion to Transfer Count I to the Court of Federal Claims and DISMISS Count II. By Judge J. Frederick Motz on 3/27/06. (hml, Deputy Clerk) (Entered: 03/27/2006) |
| 03/27/2006 | 7 | Correspondence from Clerk to the U.S. Court of Federal Claims re: Transfer. (hml, Deputy Clerk) (Entered: 03/27/2006) |

I hereby attest and certify on 5-30-06 that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.

FELICIA C. CANNON
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

By [signature] Deputy