IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JOHN MEREDITH, | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 06-451 |
| | ) | (Judge Bruggink) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S ANSWER

For its answer to the complaint, defendant admits, denies, and alleges as follows:

1. The allegations contained in paragraph 1 constitute conclusions of law, and plaintiff's characterization of his case, to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

2. Denies the allegations contained in the first and second sentences of paragraph 2 for lack of knowledge or information sufficient to form a belief as to their truth. Admits the third sentence of paragraph 2. The allegations contained in the fourth sentence of paragraph 2 constitute conclusions of law, and plaintiff's characterization of his case, to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

3. Admits the allegations contained in first sentence of paragraph 3. Denies the second sentence of paragraph 3.

4. The allegations contained in paragraph 4 constitute conclusions of law, and plaintiff's characterization of his case, to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

5. Denies the allegations contained in the paragraph 5 for lack of knowledge or information sufficient to form a belief as to their truth.

6. Denies.

7. Denies.

8. Admits [assuming requests were made].

9. The allegations contained in the first, second and third sentences of paragraph 9 constitute conclusions of law and plaintiff's characterization of his case, to which no answer is required; to the extent they may be deemed allegations of fact, they are denied. Denies the allegations contained in the fourth sentence of paragraph 9 for lack of knowledge or information sufficient to form a belief as to their truth. The allegations contained in the fifth sentence of paragraph 9 constitute conclusions of law and plaintiff's characterization of his case, to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

10. Defendant's responses to paragraphs 1 through 9 of the complaint are incorporated by reference.

11. The allegations contained in paragraph 11 constitute conclusions of law and plaintiff's characterization of his case, to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

12. Denies that plaintiff is entitled to the relief set forth in the prayer for relief in paragraph 12, or to any relief whatsoever.

13. Denies each and every allegation not previously admitted or otherwise qualified.

**FIRST AFFIRMATIVE DEFENSE**

The complaint fails to state a claim upon which relief may be granted.

**SECOND AFFIRMATIVE DEFENSE**

The claims made in the complaint are barred by the statute of limitations.

WHEREFORE, defendant requests that the Court enter judgment in its favor, order that the complaint be dismissed, and grant defendant such other and further relief as the Court may deem just and proper.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Todd M. Hughes
TODD M. HUGHES
Assistant Director

s/ Robert E. Chandler
ROBERT E. CHANDLER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 514-4678

September 5, 2006

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 5th day of September, 2006, a copy of the foregoing "DEFENDANT'S ANSWER" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Robert E. Chandler