IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JOHN MEREDITH, | ) | |
| Plaintiff, | ) | No. 06-451 |
| v. | ) | (Judge Bruggink) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant requests an enlargement of time of 30 days, to and including November 27, 2006, within which to file the parties' Joint Preliminary Status Report ("JPSR"). The JPSR presently is due on October 27, 2006. This is our first request for an enlargement of time for this purpose. Plaintiff's counsel has been contacted and does not oppose this request for an enlargement of time.

Agency counsel has provided defendant's counsel with a litigation report as required pursuant to 28 U.S.C. § 520. Additional work is necessary, however, in order for defendant's counsel to be in a position to fully address the issues in this case as required by the JPSR. Therefore, we anticipate that an additional 30 days will be required to conduct the additional investigation, obtain agency comment and internal review and approval of the government's JPSR responses and to coordinate final preparation and filing of the JPSR with plaintiff's counsel.

For the foregoing reasons, defendant requests that the Court

grant this motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Todd M. Hughes
TODD M. HUGHES
Assistant Director

s/ Robert E. Chandler
Robert E. Chandler
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L St., N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 307-1011

Attorneys for Defendant

October 23, 2006

## CERTIFICATE OF FILING

I hereby certify that on this 23rd day of October, 2006, a copy of the foregoing "DEFENDANT’S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Robert E. Chandler