IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JOHN MEREDITH, | * | |
| Plaintiff, | * | No. 06-451C |
| v. | * | (Judge E. Bruggink) |
| THE UNITED STATES OF AMERICA, | * | |
| Defendant. | * | |

* * * * * * * * * * * * *

**NOTICE OF CHANGE OF ADDRESS**

Donna M.B. King, Esquire, counsel for Plaintiff John Meredith in this action, provides to the Court this change of address. Please note in the Court's records that Ms. King's new address is the Law Office of Donna M.B. King, LLC, 309 West Pennsylvania Avenue, Towson, Maryland 21204. Please strike from the Court's records Ms. King's prior address and firm of Silverman Thompson & White, LLC, 201 North Charles Street, Suite 2600, Baltimore, Maryland 21201.

/s/
Donna M.B. King
Law Office of Donna M.B. King, LLC
309 West Pennsylvania Avenue
Towson, Maryland 21204
(410) 494-1005

*Attorney for Defendant John Meredith*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of November 2006, I filed electronically the foregoing Notice of Change of Address. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

_________/s/______________________
Donna M.B. King