IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JOHN MEREDITH, | ) | |
| Plaintiffs, | ) | No. 06-451C |
| v. | ) | (Judge Bruggink) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

JOINT PRELIMINARY STATUS REPORT

Pursuant to Appendix A of the Rules of the United States Court of Federal Claims ("RCFC"), plaintiff and defendant respectfully submit the following joint preliminary status report:

a. Jurisdiction

Plaintiff states that this Court has jurisdiction to consider and decide this action pursuant to 28 U.S.C. § 1491 and 29 U.S.C. § 201, et seq. Defendant is not aware of a basis upon which to challenge the Court's jurisdiction at this time.

b. Consolidation

The parties agree that this case should not be consolidated with any other case.

c. Bifurcation

The parties agree that trial of liability and damages should not be bifurcated.

d. Deferral

The parties agree that further proceedings in this case should not be deferred pending consideration of another case before this Court or any other tribunal.

e. Remand/Suspension

The parties agree that no remand or suspension will be sought.

f. Joinder

The parties agree that no additional parties will be joined.

g. Dispositive Motions

One or both parties may move for summary judgment pursuant to RCFC 56.

h. Relevant Issues

1. Whether defendant can meet its burden of proof to establish that plaintiff was exempt from the overtime provisions of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 et seq.

2. If defendant fails to meet its burden of proof as to Issue 1, then:

a. Whether the defendant can meet its burden of proof to establish that it reasonably and in good faith classified plaintiff as exempt from overtime provisions of the FLSA, such that the Court may exercise discretion pursuant to 29 U.S.C. § 260 to

award no liquidated damages, or an amount less than provided in § 216(b).

b. Whether plaintiff can meet his burden of proving a willful violation of the FLSA to establish that a three-year, rather than a two-year, statute of limitations applies to plaintiff's claim pursuant to 29 U.S.C. § 255(a).

c. The amount of backpay and liquidated damages, if any, to which the plaintiff is entitled.

3. If plaintiff is the prevailing party, the amount of reasonable attorney fees and other costs to which he is entitled pursuant to 29 U.S.C. § 216(b).

i. Settlement

The parties anticipate pursuing settlement negotiations prior to and during the discovery period.

j. Trial

As stated above, one or both parties may move for summary judgment pursuant to RCFC 56. If dispositive motions are not submitted, or if they are not completely dispositive of this action, the parties anticipate proceeding to trial. The parties do not request expedited trial scheduling. At this time, the parties anticipate that trial would take place in Washington, D.C.

k. Electronic Case Management

The parties have no special issues regarding electronic case management needs.

l. Additional Information

There is no additional information of which the Court should be aware at this time.

m. Proposed Discovery Plan

The parties intend to conduct simultaneous discovery through interrogatories, requests for admission, requests for production of documents, and depositions. The parties propose the following discovery schedule:

| | |
|---|---|
| Exchange of Initial Disclosures: | January 15, 2007 |
| Close of Fact Discovery: | May 15, 2007 |
| Disclosure of Expert Witnesses: | July 15, 2007 |

Respectfully submitted,

s/ Donna M.B. King
DONNA M.B. KING
309 West Pennsylvania Ave.
Towson, Maryland 21204
Tel: (410)494-1005
Fax: 410-769-8333

Attorney for Plaintiff

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Todd M. Hughes
TODD M. HUGHES
Assistant Director

s/ Robert E. Chandler
ROBERT E. CHANDLER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530
Tel: (202) 514-4678
Fax: (202) 514-8624

Attorneys for Defendant

November 28, 2006

CERTIFICATE OF FILING

I hereby certify that upon this 28th day of November 2007, a copy of the foregoing "JOINT PRELIMINARY STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Robert E. Chandler