# In the United States Court of Federal Claims

No. 06-451C
(Filed: December 8, 2006)

*********************************

JOHN MEREDITH,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*,

*********************************

ORDER

A telephonic status conference to discuss the parties' Joint Preliminary Status Report will be held Friday, December 15, 2006, at 10:00 a.m. The call will be placed from chambers and will not be recorded.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge