# In the United States Court of Federal Claims

No. 06-451C
(Filed: December 15, 2006)

*********************************
JOHN MEREDITH,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*.
*********************************

ORDER

Pursuant to the telephonic status conference on December 15, 2006, the court hereby adopts the following discovery schedule:

| | |
|---|---|
| Exchange of Initial Disclosures | January 15, 2007 |
| Close of Fact Discovery | April 27, 2007 |
| Disclosure of Expert Witnesses | July 15, 2007 |

Additionally, the parties shall submit a joint written status report on May 4, 2007. The court will convene a telephonic status conference shortly thereafter.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge