IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JOHN MEREDITH,<br>Plaintiffs,<br>v.<br>THE UNITED STATES,<br>Defendant. | ) | No. 06-451C<br>(Judge Bruggink) |

PLAINTIFF JOHN MEREDITH'S UNOPPOSED MOTION FOR EXTENSION OF DISCOVERY SCHEDULE

John Meredith, by and through undersigned counsel, moves to extend the discovery deadlines in the above-captioned action, and states as follows:

1. By December 15, 2006 Order, the Court set deadlines as follows:

| | |
|---|---|
| Exchange of Initial Disclosures | January 15, 2007 |
| Close of Fact Discovery | April 27, 2007 |
| Disclosure of Expert Witnesses | July 15, 2007 |

2. The parties are in the process of written discovery, and are conferring on dates for depositions. The parties need additional fact discovery time for these depositions, and any follow up written discovery. Based on counsel's conferences regarding scheduling, Meredith believes that the parties need an additional three (3) months for fact discovery.

3. Meredith proposes a new fact discovery deadline of July 27, 2007, and a deadline

for disclosure of expert witnesses of October 15, 2007. The joint status report addressed in the Court's December 15, 2006 order would then be submitted August 6, 2007.

4. Defendant does not oppose this motion, and agrees that there is a need for additional time for fact discovery.

WHEREFORE, Plaintiff John Meredith respectfully requests that this Court grant an additional three (3) months for fact discovery, so that the deadline for fact discovery is July 27, 2007 and the deadline for the disclosure of expert witnesses is October 15, 2007.

Respectfully submitted,

__________/s/___________

DONNA M.B. KING
309 West Pennsylvania Ave.
Towson, Maryland 21204
Tel: (410)494-1005
Fax: 410-769-8333

Attorney for Plaintiff John Meredith

CERTIFICATE OF FILING

I hereby certify that upon this 27th day of April 2007, a copy of the foregoing Plaintiff John Meredith's Unopposed Motion for Extension of Discovery Schedule was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

___________/s/____ _________
Donna M.B. King