IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JOHN MEREDITH, | ) | |
| Plaintiff, | ) | No. 06-451 |
| v. | ) | (Judge Bruggink) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant requests an enlargement of time of 60 days, to and including September 25, 2007, within which to complete discovery. The deadline for the completion of fact discovery in this case currently is July 27, 2007. In addition, defendant requests a corresponding enlargement of time of 60 days, to and including October 4, 2007, within which to submit the parties' joint status report regarding the completion of discovery. This is our first request for an enlargement of time for these purposes; plaintiff previously requested and was granted an enlargement of 90 days of the aforementioned deadlines. Plaintiff's counsel has been contacted and does not oppose this request for an enlargement of time.

On May 1, 2007, the Court issued an order, at plaintiff's request, that the close of discovery be changed from April 27, 2007 to July 27, 2007. Since that time, the parties have made considerable progress in discovery. Defendant has deposed plaintiff, and plaintiff has deposed defendant pursuant to RCFC 30(b)(6). In addition, the parties have exchanged documents, and

defendant has responded to interrogatories served by plaintiff. Due to the difficulty in scheduling depositions during the summer months, however, the parties require additional time in which to complete discovery. The parties have conferred, and agree that an additional 60 days should be sufficient to complete discovery in this case.

For the foregoing reasons, defendant requests that the Court grant this motion for an enlargement of time to complete discovery and a corresponding enlargement of time within which to submit a joint status report.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Todd M. Hughes
TODD M. HUGHES
Deputy Director

s/ Robert E. Chandler
Robert E. Chandler
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L St., N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 307-1011

Attorneys for Defendant

July 26, 2007

CERTIFICATE OF FILING

I hereby certify that on this 26th day of July 2007, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Robert E. Chandler