# In the United States Court of Federal Claims

No. 06-451C
(Filed: August 1, 2007)

*********************************
JOHN MEREDITH,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*.
*********************************

ORDER

Pending is defendant's unopposed motion for an enlargement of time, to and including September 25, 2007, within which to complete fact discovery. For good cause shown, the motion is granted.

Additionally, the parties shall file a joint status report on or before October 4, 2007. The court will convene a telephonic status conference shortly thereafter.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge