# In the United States Court of Federal Claims

No. 06-451C
(Filed: October 2, 2007)

*********************************
JOHN MEREDITH,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*.
*********************************

ORDER

Pending is plaintiff's September 25, 2007 unopposed motion for an enlargement of time. For good cause shown, the motion is granted as follows:

Fact discovery shall be completed by November 9, 2007, and disclosure of expert witnesses shall be completed by January 28, 2008. Additionally, the parties shall file a joint status report on or before November 21, 2007. The court will convene a telephonic status conference shortly thereafter.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge