# In the United States Court of Federal Claims

No. 06-451C
(Filed: November 13, 2007)

*********************************
JOHN MEREDITH,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*.
*********************************

ORDER

Pending is plaintiff's November 9, 2007 unopposed motion for an extension of the discovery schedule. For good cause shown, the motion is granted as follows:

The deadline for written discovery requests is November 21, 2007. The deadline for responses to written discovery requests is December 31, 2007. Fact discovery shall be completed by January 8, 2008, and disclosure of expert witnesses shall be completed by March 24, 2008. Additionally, the parties shall file a joint status report on or before January 22, 2008. The court will convene a telephonic status conference shortly thereafter.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge