# In the United States Court of Federal Claims

No. 06-451C
(Filed: January 17, 2008)

*********************************
JOHN MEREDITH,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*.
*********************************

ORDER

Pending is plaintiff's January 10, 2008 unopposed motion for an extension of the discovery schedule. For good cause shown, the motion is granted as follows:

The depositions of the individuals described in plaintiff's status report, and supplemental written discovery on damages on the VA's formulas shall be completed by January 31, 2008. Any motions to compel shall be filed by January 25, 2008. The parties shall file a joint status report on or before February 11, 2008. Disclosure of expert witnesses shall be completed by April 24, 2008. The court will convene a telephonic status conference shortly thereafter.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge