# In the United States Court of Federal Claims

No. 06-451C
(Filed: January 31, 2008)

*********************************
JOHN MEREDITH,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*.
*********************************

## ORDER

Pending are the parties' respective motions to compel discovery. A telephonic status conference to discuss these issues shall be held on Tuesday, February 5, 2008, at 3:00 pm. The call will be placed from chambers and will be recorded.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge