# In the United States Court of Federal Claims

No. 06-451C
(Filed: February 5, 2008)

*********************************
JOHN MEREDITH,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*.
*********************************

ORDER

Pending is plaintiff's February 4, 2008 unopposed motion for a limited extension of the discovery schedule. For good cause shown, the motion is granted as follows:

The deadline for the Rule 30(b)(6) deposition has been extended to February 7, 2008. Supplemental written discovery on damages on the VA's formulas shall be completed by February 11, 2008. The parties shall file a joint status report on or before February 22, 2008. Disclosure of expert witnesses shall be completed by April 24, 2008. The court will convene a telephonic status conference shortly thereafter.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge