# In the United States Court of Federal Claims

No. 06-451C
(Filed: February 6, 2008)

*********************************
JOHN MEREDITH,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*.
*********************************

ORDER

Pending are the parties' respective motions to compel discovery filed on January 25, 2008. For the reasons stated on the record during the telephonic status conference held on February 5, 2008, the following is ordered:

1. Discovery on the issue of damages is hereby stayed pending the resolution of the question of liability. The parties may, however, upon mutual agreement, conduct further discovery on the issue.

2. All discovery, other than on the issue of damages, shall proceed as previously scheduled.

3. Plaintiff's motion to compel is granted to the extent that defendant shall provide the GS level of the individuals in question to the extent it has not already done so on or before February 8, 2008. It is denied in other respects.

4. Defendant's Motion to Compel Production of Responses to Defendant's Interrogatories is granted to the extent expressed on the record. Plaintiff shall provide more detailed answers to defendant's interrogatories, including

citations to depositions and other documents it intends to rely upon. The responses shall be produced to defendant on or before February 25, 2008.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge