# In the United States Court of Federal Claims

No. 06-451C
(Filed: February 26, 2008)

*********************************
JOHN MEREDITH,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*.
*********************************

## ORDER

A telephonic status conference will be held Tuesday, March 11, 2008, at 11:00 a.m. The call will be placed from chambers. The call will be digitally recorded, but not transcribed. If the parties want a transcript of the proceedings, they must inform chambers. The recording will then be sent to Heritage Reporting and the requesting party(ies) shall bear the cost of the transcript.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge