# In the United States Court of Federal Claims

No. 06-451C
(Filed: March 11, 2008)

*********************************
JOHN MEREDITH,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*.
*********************************

ORDER

Pursuant to the representations made during the telephonic status conference held on March 11, 2008, the following is ordered:

1. Trial on the issues of liability and the statute of limitations is tentatively scheduled for the week of September 8, 2008. The issue of damages remains stayed.

2. The parties shall submit a proposed pretrial schedule on or before March 21, 2008. The parties are directed to submit the schedule directly to chambers.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge