IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| JOHN MEREDITH, Plaintiffs, v. THE UNITED STATES, Defendant. | No. 06-451C (Judge Bruggink) |

JOINT PROPOSED TRIAL SCHEDULE

Pursuant to the Court's order of March 11, 2008, the parties propose that the Court adopt the following trial schedule in the above-captioned matter:

| | |
|---|---|
| Meeting of Counsel | May 28, 2008 |
| Certification of Meeting | June 4, 2008 |
| Plaintiff's Memorandum of Contentions of Fact and Law | June 17, 2008 |
| Defendant's Memorandum of Contentions of Fact and Law | July 15, 2008 |
| Pretrial Conference | July 31, 2008 |
| Trial | 1 or 1.5 days, Week of September 6, 2008 |

Respectfully submitted,

s/ Donna M.B. King
DONNA M.B. KING
309 West Pennsylvania Ave.
Towson, Maryland 21204
Tel: (410)494-1005
Fax: 410-769-8333

Attorney for Plaintiff

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Todd M. Hughes
TODD M. HUGHES
Deputy Director

s/ Robert E. Chandler
ROBERT E. CHANDLER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530
Tel: (202) 514-4678
Fax: (202) 514-8624

Attorneys for Defendant

March 21, 2008

CERTIFICATE OF FILING

I hereby certify that upon this 21st day of March 2008, a copy of the foregoing "JOINT PROPOSED TRIAL SCHEDULE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Robert E. Chandler