# In the United States Court of Federal Claims

No. 06-451C
(Filed: May 14, 2008)

*********************************

JOHN MEREDITH,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*.

*********************************

ORDER

The court adopts the trial schedule set out in the parties' March 21, 2008 joint proposed trial schedule as follows:

| | |
|---|---|
| 1. Meeting of Counsel | May 28, 2008 |
| 2. Certification of Meeting | June 4, 2008 |
| 3. Plaintiff's Memorandum of of Contentions of Fact and Law | June 17, 2008 |
| 4. Defendant's Memorandum of Contentions of Fact and Law | July 15, 2008 |
| 5. Pretrial Conference National Courts Building Counsel for both parties shall appear in person. | July 31, 2008 10:00 a.m. |

| | |
|---|---|
| 6. Trial in Washington, DC<br>National Courts Building | September 9-10, 2008<br>beginning at 9:00 a.m.<br>each day |

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge