IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JOHN MEREDITH, | ) | |
| Plaintiffs, | ) | No. 06-451C |
| v. | ) | (Judge Bruggink) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

CERTIFICATION OF MEETING

Pursuant to the Rules of the Court of Federal Claims (RCFC), Appendix A, paragraph 13(d), and the Court's order of May 14, 2008, the parties hereby certify that their respective counsel engaged in a meeting via telephone on May 28, 2008 and accomplished all matters required by RCFC Appendix A, paragraph 13.

Respectfully submitted,

s/ Donna M.B. King
DONNA M.B. KING
309 West Pennsylvania Ave.
Towson, Maryland 21204
Tel: (410)494-1005
Fax: 410-769-8333

Attorney for Plaintiff

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Todd M. Hughes
TODD M. HUGHES
Deputy Director

s/ Robert E. Chandler
ROBERT E. CHANDLER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530
Tel: (202) 514-4678
Fax: (202) 514-8624

Attorneys for Defendant

June 4, 2008

CERTIFICATE OF FILING

I hereby certify that upon this4th day of June 2008, a copy of the foregoing "CERTIFICATION OF MEETING" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Robert E. Chandler