IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JOHN MEREDITH, | * | |
| Plaintiff, | * | No. 06-451C |
| v. | * | (Judge E. Bruggink) |
| THE UNITED STATES OF AMERICA, | * | |
| Defendant. | * | |

* * * * * * * * * * * * *

**WITNESS LIST**

1. John Meredith – Mr. Meredith may testify to his positions and the types of work he performs at the Veteran's Administration Hospital, the levels of hierarchy and supervision of the hospital and the radiology department, his responsibilities at the hospital, hours worked at the hospital, the standby system, his grievances, and overtime pay he has received. Meredith will be present as a witness.

2. Cynthia Wiley – Ms. Wiley may testify to her Grievance Examination, including her findings of fact made as part of the Grievance Examination. Meredith anticipates serving a subpoena upon Wiley for her attendance.

3. Dennis Smith – Mr. Dennis may testify to his adoption of Cynthia Wiley's Grievance Examination, including her findings of fact made as part of the Grievance Examination. Meredith anticipates serving a subpoena upon Smith for his attendance.

4. Robert Cox – Mr. Cox may testify to Mr. Meredith's grievances, the standby system, the actions of the radiology department in requiring standby and overtime work in lieu of hiring personnel for evening and weekend shifts, and the levels of hierarchy and supervision of the hospital and the radiology department. Meredith expects Cox to attend as a witness for the United States, and, if necessary, will serve a subpoena for his attendance.

5. Eliot Siegel – Mr. Siegel may testify to Mr. Meredith's grievances and the actions of the radiology department in requiring standby and overtime work in lieu of hiring personnel for evening and weekend shifts. Meredith anticipates serving a subpoena upon Siegel for his attendance.

In addition, Meredith may call any witness listed on the United States' Witness List.

_________/s/____________________
Donna M.B. King
Law Office of Donna M.B. King, LLC
309 West Pennsylvania Avenue
Towson, Maryland 21204
(410) 494-1005

*Attorney for Plaintiff John Meredith*