IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JOHN MEREDITH, | * | |
| Plaintiff, | * | No. 06-451C |
| v. | * | (Judge E. Bruggink) |
| THE UNITED STATES OF AMERICA, | * | |
| Defendant. | * | |

* * * * * * * * * * * * *

**PLAINTIFF'S EXHIBIT LIST**

| | | |
|---|---|---|
| 1. | Sections from Employee Manual | JM 0584-0688 |
| 2. | John Meredith paystubs/Earnings and Leave Statements | JM 0126-0573 |
| 3. | Monthly Planners | JM 0001-0035, JM0114 |
| 4. | John Meredith overtime notes | JM 0574-0583, (and two additional pages produced but not bates-stamped) |
| 5. | Overtime chart | |
| 6. | 7/23/02 John Meredith note | JM 0106, JM 0125 |
| 7. | 4/18/05 Informal grievance | JM 0117-0118 |
| 8. | 5/16/05 Mazan electronic mail | JM 0113 |
| 9. | 6/1/05 Formal grievance | JM 0111-0112 |
| 10. | 6/21/05 Formal grievance | JM 0109-0110 |
| 11. | 7/18/05 Dr. Stamas letter | JM 0123 |
| 12. | 8/9/05 Dr. Stamas letter | JM 0122 |
| 13. | 9/12/05 Formal grievance | JM 0115-0116 |

| | | |
|---|---|---|
| 14. | 9/14/05 Eliot Siegel e-mail | JM 0124 |
| 15. | 12/2/05 Cynthia Wiley report on Formal Grievance | JM 0103-0104 |
| 16. | Dennis Smith Decision on Formal Grievance | JM 0105 |

_______/s/___________________
Donna M.B. King
Law Office of Donna M.B. King, LLC
309 West Pennsylvania Avenue
Towson, Maryland 21204
(410) 494-1005

*Attorney for Plaintiff John Meredith*