**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| JOHN MEREDITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 06-451C |
| v. | ) | (Judge Bruggink) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S EXHIBIT LIST**

Defendant, the United States, states that it may introduce the following exhibits into evidence in the trial of the above-captioned matter:

| **Number** | **Description** | **Bates Numbers** |
|---|---|---|
| Exhibits that Defendant Expects to Offer | | |
| 1 | Memorandum from John Meredith to Bob Cox | US0001-0002 |
| 2 | Request for Personnel Action | US0005-0006 |
| 3 | Notification of Personnel Action | US0008 |
| 4 | Position Description | US0061-0064 |
| 5 | Time and Leave Records | US0073-0248 |
| 6 | On-Call Calendar Records | Jm 0001-035 |
| 7 | Demonstrative: Mr. Meredith's On Call Work As A Percentage Of Total Work | |
| 8 | Summary: Spreadsheet Containing Mr. Meredith's Regular, On-Call and On Duty Hours | |
| Exhibits that Defendant May Offer If The Need Arises | | |
| 9 | Notification of Personnel Action | US0254 |
| 10 | Performance Appraisal | US0256-0277 |

| | | |
|---|---|---|
| 11 | Memorandum for the Record from Richard Wright | US0318 |
| 12 | Functional Statement | Jm 0119 |
| 13 | Leave and Earnings Statements | Jm 0126-0573 |

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Todd M. Hughes
TODD M. HUGHES
Deputy Director

/s/ Robert E. Chandler
ROBERT E. CHANDLER
Trial Attorney
Department of Justice
Civil Division
Commercial Litigation Branch
Attn: Classification Unit
8th Floor
1100 L. Street, NW
Washington, D.C. 20530
Tel: (202) 514-4678
Fax: (202) 307-0972

June 27, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 27th day of June 2008, a copy of the foregoing "DEFENDANT'S EXHIBIT LIST" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Robert E. Chandler