**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| JOHN MEREDITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 06-451C |
| v. | ) | (Judge Bruggink) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S WITNESS LIST**

Defendant, the United States, states that it may call the following persons as witnesses in the trial of the above-captioned matter:

| Witnesses That Defendant Expects To Call At Trial |
|---|

1. **Robert Cox** - Mr. Cox may testify regarding the duties performed by Mr. Meredith as an employee of the Veterans Affiars ("VA") hospital, and regarding other matters related to Mr. Meredith's employment. The Government anticipates that Mr. Cox's direct testimony will take 1.5 hours.

2. **Wayne Mazan** - Mr. Mazan may testify regarding the duties performed by Mr. Meredith as an employee of the VA hospital, and regarding other matters related to Mr. Meredith's employment. The Government anticipates that Mr. Mazan's direct testimony will take 1 hour.

3. **John Valadez** - Mr. Valadez may testify regarding the duties performed by Mr. Meredith as an employee of the VA hospital. The Government anticipates that Mr. Valadez's direct testimony will take .5 hours.

4. **Eunice Lovejoy** - Ms. Lovejoy may testify regarding the duties performed by Mr. Meredith as an employee of the VA hospital. The Government anticipates that Ms. Lovejoy's direct testimony will take .5 hours.

5. **Charlene Frantz –** Ms. Frantz may testify regarding the duties performed by CT technicians at the VA hospital.

| Witnesses That Defendant May Call If the Need Arises |
|---|

6. **Richard Wright -** Mr. Wright may testify regarding the VA's designation of Mr. Meredith as an exempt employee and other matters related to Mr. Meredith's employment with the VA.

7. **Beth Carr -** Ms. Carr may testify regarding the manner in which VA calculates standby pay and other matters related to Mr. Meredith's employment with the VA.

8. **Jenny Keen** - Ms. Keen may testify regarding the manner in which VA calculates standby pay and other matters related to Mr. Meredith's employment with the VA.

9. **Patrick Cure** - Mr. Cure may testify regarding the duties performed by Mr. Meredith as an employee of the VA hospital.

10. **Si-Dinia Deans** - Ms. Deans may testify regarding the duties performed by Mr. Meredith as an employee of the VA hospital.

11. **Bernetta Dixon -** Ms. Dixon may testify regarding the duties performed by Mr. Meredith as an employee of the VA hospital.

12. **Angela Johnson -** Ms. Johnson may testify regarding the duties performed by Mr. Meredith as an employee of the VA hospital.

13. **Jennifer Mantzouranis -** Ms. Mantzouranis may testify regarding the duties performed by Mr. Meredith as an employee of the VA hospital.

14. **Emma Modeer -** Ms. Modeer may testify regarding the duties performed by Mr. Meredith as an employee of the VA hospital.

15. **Kathy Passarelli -** Ms. Passarelli may testify regarding the duties performed by Mr. Meredith as an employee of the VA hospital.

16. **Devyani Patel -**Mr. Patel may testify regarding the duties performed by Mr. Meredith as an employee of the VA hospital.

17. **Dennis Platania -** Mr. Platania may testify regarding the duties performed by Mr. Meredith as an employee of the VA hospital.

18. **Hayes Ryan -** Mr. Ryan may testify regarding the duties performed by Mr. Meredith as an employee of the VA hospital.

19. **Joanna Sinyan -** Ms. Sinyan may testify regarding the duties performed by Mr. Meredith as an employee of the VA hospital.

20. **Annie Williams -** Ms. Williams may testify regarding the duties performed by Mr. Meredith as an employee of the VA hospital.

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Todd M. Hughes
TODD M. HUGHES
Deputy Director

/s/ Robert E. Chandler
ROBERT E. CHANDLER
Trial Attorney
Department of Justice
Civil Division
Commercial Litigation Branch
Attn: Classification Unit
8th Floor
1100 L. Street, NW
Washington, D.C. 20530
Tel: (202) 514-4678
Fax: (202) 307-0972

June 27, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 27th day of June 2008, a copy of the foregoing "DEFENDANT'S WITNESS LIST" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Robert E. Chandler