# In the United States Court of Federal Claims

No. 06-451C
(Filed: August 4, 2008)

**********************************

JOHN MEREDITH,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*.

**********************************

PRE-TRIAL ORDER

Pursuant to the pre-trial conference held on July 31, 2008, the following is ordered:

1. Plaintiff shall only call John Meredith as a witness.

2. Defendant's witness, Charlene Frantz, is not permitted to testify, as she was not identified as a witness in discovery. Defendant's other witnesses will be Robert Cox, Wayne Mazan, John Valadez, and Eunice Lovejoy.

3. We defer ruling on plaintiff's objections to defendant's exhibits until trial.

4. Trial shall commence at 10:30 a.m. on Tuesday, September 9, 2008 and proceed, if necessary, through Wednesday, September 10, 2008 at the National Courts Building, 717 Madison Place, N.W., Washington, D.C.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge