# In the United States Court of Federal Claims

No. 06-451C
(Filed: August 29, 2008)

*********************************

JOHN MEREDITH,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*.

*********************************

ORDER

Pursuant to the telephonic conference held on August 29, 2008, the following is ordered:

1. Plaintiff respond to defendant's proposed trial stipulations on or before Tuesday, September 2, 2008 at 12:00 p.m. (EST).

2. The parties shall be prepared to introduce the stipulations at trial.

3. Defendant shall be the first to proceed at trial.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge